**Order filed, April 10, 2013.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-13-00094-CV
_____

## JAMES STEARNS, Appellant

## V.

## LISA MARTENS AND STEARNS POOLS AND SPAS, INC., Appellee

**On Appeal from the 268th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 09-DCV-169484**

### ORDER

The reporter's record in this case was due **March 8, 2013**. *See* Tex. R. App. P. 35.1. On **March 11, 2013**, this court granted the court reporters request for extension of time to file the record until **April 8, 2013**. To date, the record has not been filed with the court. Because the reporter's record was not filed within the time prescribed in the first request, the court **GRANTS** your second request and issues the following order.

We order **Mindy Hall**, the official court reporter, to file the record in this appeal **on or before May 8, 2013.  No further extension will be entertained absent exceptional circumstances**.  The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed.  *See* Tex. R. App. P. 35.3(c).  If **Mindy Hall** does not timely file the record as ordered, the Court may issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.


PER CURIAM